FILED
April 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )    Case No. 2:13-mj-00115-EFB
           Plaintiff,              )
v.                                 )
                                   )    ORDER FOR RELEASE OF
JOHN JUDAH YOUNG,                  )    PERSON IN CUSTODY
                                   )
           Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN JUDAH YOUNG, Case No. 2:13-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

   _X_ Unsecured Appearance Bond (Interim)

   _X_ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) The secured bond paperwork to be filed by 4/15/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/10/2013  at  4:02 pm.

By _____
    Edmund F. Brennan
    United States Magistrate Judge