FILED
April 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN JUDAH YOUNG, ) <br> ) <br> Defendant. ) | Case No. 2:13-mj-00115-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN JUDAH YOUNG, Case No. 2:13-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Unsecured Appearance Bond (Interim)

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The secured bond paperwork to be filed by 4/15/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/10/2013  at  4:02 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge